```
SEDGWICK LLP
RALPH A. CAMPILLO (BAR NO. 70376)
Email:  ralph.campillo@sedgwicklaw.com
WENDY A. TUCKER (BAR NO. 121122)
Email:  wendy.tucker@sedgwicklaw.com
MICHAEL M. WALSH (BAR NO. 150865)
Email:  michael.walsh@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:     213.426.6921
```

Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D., A Professional Corporation and THOMAS P. SCHMALZRIED, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| JILL BRINKMAN and KEN BRINKMAN,<br><br>            Plaintiff(s),<br><br>     v.<br><br>DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY INTERNATIONAL LTD; THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO.  3:12-cv-01571-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served:      March 1, 2012<br>Removal Date:           March 29, 2012<br>Current Response Date: April 5, 2012<br>Agreed Response Date: May 5, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Thomas P. Schmalzried, M.D., a Professional Corporation and Thomas P. Schmalzried, M.D. ("Defendants") hereby request, and Plaintiffs Jill Brinkman and Ken Brinkman ("Plaintiffs") hereby agree to Defendants' request, for an extension of time for Defendants to file a response to Plaintiffs' Complaint. Plaintiffs' Complaint was filed on

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1159438v1

February 17, 2012, Defendants were served on or about March 1, 2012, and the case was removed on March 29, 2012.

THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for Defendants to respond to May 5, 2012.

DATED: April 2, 2012                    SEDGWICK LLP


By:      /s/ Michael M. Walsh
      Ralph Campillo
      Wendy Tucker
      Michael M. Walsh
      Attorneys for Defendants
      THOMAS P. SCHMALZRIED, M.D., A
      Professional Corporation and THOMAS P.
      SCHMALZRIED, M.D.


DATED: April 2, 2012                    SEEGER ● SALVAS LLP


By:      /s/ Adam R. Salvas
      Kenneth M. Seeger
      Adam R. Salvas
      Brian J. Devine
      Attorneys for Plaintiffs
      JILL BRINKMAN and KEN BRINKMAN

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1159438v1

1  Pursuant to Section X of General Order No. 45 regarding Electronic Court Filing, I
2  hereby certify that the content of this document is acceptable to Adam R. Salvas, counsel for
3  Plaintiffs Jill Brinkman and Ken Brinkman, and that I have obtained counsel's authorization to
4  affix his electronic signature to this document.

5  DATED:  April 2, 2012                              SEDGWICK LLP

7
8                                                    By:       /s/ Michael M. Walsh
                                                         Ralph Campillo
9                                                        Wendy Tucker
                                                         Michael M. Walsh
10                                                       Attorneys for Defendant
                                                         THOMAS P. SCHMALZRIED, M.D., A
11                                                       Professional Corporation and THOMAS P.
                                                         SCHMALZRIED, M.D.
12

14  Dated: April 3, 2012

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1159438v1

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556.  On  April 2, 2012, I served the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

☐   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California.

☒   ELECTRONIC MAIL – by serving via CM/ECF to the United States District Court, Central District of California, addressing all parties appearing on the Courts ECF service list.

| | |
|---|---|
| Kenneth M. Seeger<br>Adam R. Salvas<br>Brian J. Devine<br>SEEGER ● SALVAS LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA 94105<br><br>Telephone: (415) 981-9260<br>Facsimile: (415) 981-9266 | Attorneys for Plaintiffs<br>JILL BRINKMAN and KEN BRINKMAN |
| Alexander G. Calfo<br>Kelley S. Olah<br>Gabrielle Anderson-Thompson<br>YUKEVICH CALFO & CAVANAUGH<br>355 S. Grand Avenue, 15fr Floor<br>Los Angeles, CA 90071-1560<br><br>Telephone: (213) 362-7777<br>Fax: (213) 362-7788<br>ACalfo@yukelaw.com<br>KSpencer@yukelaw.com | Attorneys for Defendant<br>DePUY ORTHOPAEDICS, INC. |

I declare that I am employed in the office of a member of the bar of this court at who direction the service was made.

Executed at Los Angeles, California on April 2, 2012.


                                        /s/Barbara Fergerson_____
                                            Barbara Fergerson

4
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1159438v1